AO-91 (Rev. 8/01)  Criminal Complaint

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Valerie ACEVEDO
YOB: 1990
U.S. Citizen

United States District Court
Southern District of Texas
FILED

JUL 25 2015

Valerie ACEVEDO
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-15-1244-M

I, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about __July 25, 2015__ (Date) in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

Possession with the intent to distribute 26.2 kilograms of methamphetamine

in violation of Title __21__ United States Code, Section(s) __841__.

I further state that I am a(n) __Special Agent__ And that this complaint is based on the following facts:
Official Title

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes  ☐ No

_____
Signature of Complainant

Jean-Paul Reneau, HSI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

7-25-15
Date

At    McAllen, Texas
     City and State

U.S. Magistrate Judge, Dorina Ramos
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

Attachment "A"

On July 25, 2015, a white Ford Pickup Truck bearing Texas License Plates, attempted to make entry into the United States through the Pharr, Texas Port of Entry (POE) with two (2) adult occupants and one (1) minor occupant. During the primary inspection, the driver of the vehicle later identified as Valerie ACEVEDO, provided Customs and Border Protection Officers (CBPO) a negative declaration. Based on the appearance of the headache rack, the smell of fresh paint, the appearance of fresh paint, one piece of luggage for three occupants who claimed to be in Mexico for three (3) days, no displayed sticker to drive the vehicle in Mexico members of CBP referred the vehicle for a secondary inspection.

During the secondary inspection, CBPO's observed a liquid substance "bubbling" out from a seem in the headache rack of the truck. The vehicle proceeded to the Vehicle and Cargo Inspection System (VACIS) for a non-intrusive X-Ray. Based on the VACIS inspection, CBPO's observed what appeared to be anomalies within the headache rack attached to the vehicle. CBPO's conducted further inspection of the headache rack of the vehicle and removed approximately 26.2 kilograms of a yellow liquid substance that field tested positive for the characteristics of methamphetamines.

HSI special agents conducted an interview of Valerie ACEVEDO after she was read her Miranda Rights in English, and agreed to waive those rights and speak to special agents without an attorney present. ACEVEDO informed special agents that she traveled from Houston, Texas to Reynosa, Mexico on July 25, 2015. Upon entering Mexico, ACEVEDO was meet by an unknown Hispanic Male who provided her keys to a white Ford Pickup Truck as well as the title to the vehicle and $500.00 U.S. Dollars. ACEVEDO claimed that she then drove the truck into the United States. ACEVEDO claimed that if she returned the truck to Houston, Texas she would be compensated with the vehicle.

ACEVEDO claimed that she knew prior to entering the United States that the vehicle contained "something illegal" however she was not aware of what that was specifically.